# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>     vs.<br><br>REMIJIO FLORES-BACASEHUA (1),<br><br>                      Defendant. | CASE NO. 14CR0557-AJB<br><br>**JUDGMENT OF DISMISSAL** |

FILED MAR 27 2014 CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY DEPUTY

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__x__ of the offense(s) as charged in the Information:

8 USC 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens

And Aiding and Abetting

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: March 27, 2014

                                                  William V. Gallo<br>
                                                  U.S. Magistrate Judge